# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CHARLES C. JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-1485-MSN-WEF |
| HAL LAMBERT, | ) ) | |
| -and- | ) ) | |
| POINT BRIDGE CAPITAL, | ) ) | |
| Defendants. | ) | |

## DECLARATION OF HAL LAMBERT

I, Hal Lambert. declare and state as follows:

1. I am over the age of 18, am fully competent, and have personal knowledge of the matters stated herein.

2. I am a resident and citizen of the State of Texas, residing in Tarrant County, Texas. I have lived and been domiciled in the State of Texas since 2005.

3. I am the sole member of Point Bridge Capital, LLC ("Point Bridge Capital"). Point Bridge Capital is a limited liability company organized and existing under the laws of the State of Delaware. Point Bridge Capital maintains its principal place of business in the City of Fort Worth, located in Tarrant County, Texas.

4. I do not transact any business or perform any work or services in the Commonwealth of Virginia and have not transacted any business or performed any work or services in the Commonwealth of Virginia since before 2020.

5. Point Bridge Capital does not transact any business or perform any work or services in the Commonwealth of Virginia and has not transacted any business or performed any work or services in the Commonwealth of Virginia since before 2020.

6. I do not contract to supply any services or things in the Commonwealth of Virginia and have not contracted to supply any services or things in the Commonwealth of Virginia since before 2020.

7. Point Bridge Capital does not contract to supply any services or things in the Commonwealth of Virginia and has not contracted to supply any services or things in the Commonwealth of Virginia since before 2020.

8. I have not had any interest in, used, or possessed real property in the Commonwealth of Virginia since approximately 1998 or before.

9. Point Bridge Capital has never had any interest in, used, or possessed real property in the Commonwealth of Virginia.

10. I have never contracted to insure any person, property, or risk located within the Commonwealth of Virginia at the time of contracting.

11. Point Bridge Capital has never contracted to insure any person, property, or risk located within the Commonwealth of Virginia at the time of contracting.

12. I do not use any computer or, to my knowledge, any computer network located in the Commonwealth of Virginia and to my knowledge have not used any

2

computer or computer network located in the Commonwealth of Virginia since before 2020.

13. Point Bridge Capital does not use a computer or, to my knowledge, any computer network located in the Commonwealth of Virginia and to my knowledge has not used a computer or computer network located in the Commonwealth of Virginia since before 2020.

14. At the time of all of my dealings with the Plaintiff, Charles C. Johnson ("Mr. Johnson"), with respect to the matters addressed in the Complaint filed in this action, to my knowledge and belief Mr. Johnson lived and was domiciled in the State of Texas. Specifically, it was and is my understanding that Mr. Johnson resided in the Houston, Texas area until relatively recently, when he indicated he relocated to Virginia. In February 2021, Mr. Johnson advised me that he resided in Conroe, Texas.

15. All of the alleged acts and events that purport to form the basis of Mr. Johnson's claims in this action, as I understand them, took place in the State of Texas. All of my substantive dealings with Mr. Johnson have taken place in Texas.

16. I was served with the Summons and Complaint in this case on January 31, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my knowledge and belief.

Executed on this /9 day of February, 2024 at Fort Worth, Texas.

_____
Hal Lambert