# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHARLES C. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:23-cv-1485-MSN-WEF |
| HAL LAMBERT, | ) |
| -and- | ) |
| POINT BRIDGE CAPITAL, | ) |
| Defendants. | ) |

### SECOND DECLARATION OF HAL LAMBERT

I, Hal Lambert. declare and state as follows:

1. I am over the age of 18, am fully competent, and have personal knowledge of the matters stated herein.

2. On November 23, 2020, the date on which Charles Johnson now alleges we entered into an oral contract, Charles Johnson, Point Bridge Capital, LLC, and I all were residents of the State of Texas.

3. I have never attended any business meetings or otherwise met with Charles Johnson in the Commonwealth of Virginia.

4. No one acting on behalf of Point Bridge Capital, LLC ever has attended any business meetings or otherwise met with Charles Johnson in the Commonwealth of Virginia.

5. I have never met with any business investors in the Commonwealth of Virginia in connection with Charles Johnson, Umbra Labs, or the Special Purpose Vehicle created to invest in Umbra Labs ("SPV").

6. No one acting on behalf of Point Bridge Capital, LLC ever has met with any business investors in the Commonwealth of Virginia in connection with Charles Johnson, Umbra Labs, or the Special Purpose Vehicle created to invest in Umbra Labs.

7. I have never been involved with any sales for Umbra Labs and never met with any customers of Umbra Labs in the Commonwealth of Virginia.

8. No one acting on behalf of Point Bridge Capital, LLC ever has been involved with any sales for Umbra Labs nor has met with any customers of Umbra Labs in the Commonwealth of Virginia.

9. I have never met with the Federal Bureau of Investigation, the National Reconnaissance Office, the Central Intelligence Agency, or the Department of Defense in the Commonwealth of Virginia.

10 No one acting on behalf of Point Bridge Capital, LLC ever has met with the Federal Bureau of Investigation, the National Reconnaissance Office, the Central Intelligence Agency, or the Department of Defense in the Commonwealth of Virginia.

11. I am the sole member of Point Bridge Capital, LLC, an investment management firm invested mostly in publicly-traded companies. I do not represent these companies as a sales representative and do not conduct any meetings in the Commonwealth of Virginia with customers of these companies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my knowledge and belief.

Executed on this 28 day of February, 2024 at Fort Worth, Texas.

_____
Hal Lambert